**No. 43396.**—Protests 940963–G, etc., of Karl Guggenheim, Inc., et al. (New York).

Opinion by TILSON, J. It was stipulated that the squawker balloons in question are similar to those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 43397.**—Protests 978318–G, etc., of Wm. Shaland (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) squawker balloons at 45 percent under paragraph 409, Abstract 40493 followed; (2) three-tube horns similar to those the subject of Abstract 40185 at 45 percent under paragraph 397; and (3) dogs or animals in chief value of fur at 50 percent under paragraph 1519 (e), Abstracts 36268 and 41823 followed.

**No. 43398.**—Protest 973100–G (A) of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel siren whistles and horns similar to those the subject of Abstracts 39948 and 40480 were held dutiable at 45 percent ad valorem under paragraph 397. Play balls in chief value of paper similar to those the subject of Abstract 40492 were held dutiable at 35 percent under paragraph 1413.

BEFORE THE SECOND DIVISION, MARCH 18, 1940

**No. 43399.**—Protests 64710–G, etc., of John Wanamaker (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Glemby's* v. *United States* (13 Ct. Cust. Appls. 533, T. D. 41397) and *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) embroidered articles in part of lace and Normandy lace were held dutiable at 75 percent under paragraph 1490.

BEFORE THE SECOND DIVISION, MARCH 19, 1940

**No. 43400.**—Protests 682012–M/81196, etc., of Marshall Field & Co. (Chicago)

Opinion by KINCHELOE, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.